UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAR-CMBS I, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>NATIN PAUL, *et al.*,<br><br>                Defendants. | Case No. 2:22-cv-02104-FLA (KSx)<br><br>**SECOND AMENDED JUDGMENT [DKT. 76]** |

1

## SECOND AMENDED JUDGMENT

The court hereby AMENDS the Judgment entered on August 1, 2024 (Dkt. 74) and amended on August 13, 2024 (Dkt. 75) as follows:

1. Plaintiff HAR-CMBS I, LLC ("Plaintiff") shall have judgment in its favor and against Defendants Natin Paul and Natin Paul, Trustee of the Natin Paul Management Trust Dated February 29, 2012 (together, "Defendants");

2. Plaintiff shall recover from Defendants the amount of $11,500,000.00; and

3. Plaintiff shall further recover from Defendants post-judgment interest at the rate provided in 28 U.S.C. § 1961, commencing upon the date of entry of this Judgment until this Judgment is fully satisfied.

The court ORDERS the Clerk to enter this judgment.

IT IS SO ORDERED.

Dated: August 29, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge